AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Phillips, Mary E. | U.S. District Court, Western District of Missouri | 05/05/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

400 East 9th Street
Suite 7452
Kansas City, MO 64105

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Mary E. | 05/05/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | State of Missouri - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Bank | Mortgage on Rental Property, Kansas City, Missouri (Pt. VII, Line 4) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Mary E. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Country Club Bank Account | A | Interest | M | T | | | | | |
| 2. Rental Property, Kansas City, Missouri ($170,000-2007) | E | Rent | M | R | | | | | |
| 3. Mass. Mutual Virable Life - Fidelity VIP Contrafund | A | Int./Div. | J | T | | | | | |
| 4. Mass. mutual Virable Life - MML Equity Index Division | A | Int./Div. | J | T | | | | | |
| 5. 457(b) Plan #1 (H) | | | | | | | | | |
| 6. American Century Value Fund | | None | | | Closed | 02/08/13 | J | A | |
| 7. Drey Appreciation Fund | | None | | | Closed | 02/08/13 | J | A | |
| 8. Northwestern Fund D | | None | | | Closed | 02/08/13 | J | A | |
| 9. Northwestern International Index A | | None | | | Closed | 02/18/13 | J | A | |
| 10. Invesco (X) | | None | | | Closed | 02/08/13 | J | A | |
| 11. Vanguard Total Stock Market Index Fund (IRA) | A | Int./Div. | | | Merged (with line 64) | 02/05/13 | J | | |
| 12. T. Rowe Price Small Cap Value Fund (IRA) | | None | | | Sold (part) | 05/21/13 | K | C | |
| 13. | | | | | Sold | 5/31/13 | J | C | |
| 14. 457(b) Plan #2 (H) | | | | | | | | | |
| 15. ING Black Rock Large Cap Gr. Port - Inst | | None | | | Closed | 01/31/13 | J | A | |
| 16. ING Templeton Foreign Equity Port - Ins | | None | | | Closed | 01/31/13 | J | A | |
| 17. 457 (b) Plan #3 - MO 2035 Fund | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Mary E. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Select Value | A | Dividend | | | Merged (with line 25) | 02/07/13 | K | | |
| 19. Vanguard Primecap Core Fund | A | Dividend | | | Merged (with line 60) | 02/07/13 | J | | |
| 20. Adorn Inc. (2007) | | None | K | W | | | | | |
| 21. Om Financial Fixed Index Annuity-Prosperity Plus | | None | | | Redeemed | 06/01/13 | J | C | |
| 22. National Western Life Ins. Equity Indexed Annuity | | None | | | Redeemed | 06/01/13 | K | C | |
| 23. Alcatel Lucent | | None | | | Sold | 05/24/13 | J | A | |
| 24. Brokerage Account #1 (H) | | | | | | | | | |
| 25. Vanguard Select Value | C | Int./Div. | L | T | | | | | |
| 26. UNTS Gugg Flah Crum Prfd - bond | C | Int./Div. | L | T | Buy (add'l) | 05/21/13 | K | | |
| 27. Missouri Env Imp Ener SRB - bond | | None | | | Sold | 12/19/13 | K | A | |
| 28. Missouri Env Imp Ener RV Pref | | None | K | T | Buy | 12/19/13 | K | | |
| 29. Kansas City Mo SRA BE/R | A | Int./Div. | J | T | Buy | 03/19/13 | J | | |
| 30. Platte Cnty Mo Reorg - bond | A | Int./Div. | K | T | | | | | |
| 31. Kansas City Mo San Swr S - bond | A | Int./Div. | K | T | | | | | |
| 32. St. Louis MO MFC Leasehld Assur RV CAV6.34 - bond | A | Int./Div. | K | T | | | | | |
| 33. Aflac Inc | A | Int./Div. | K | T | Buy (add'l) | 06/13/13 | J | | |
| 34. Boeing | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Clorox Co | A | Int./Div. | J | T | Buy (add'l) | 06/12/13 | J | | |
| 36. | | | | | Buy (add'l) | 06/13/13 | J | | |
| 37. Colgate Palmolive | A | Int./Div. | J | T | Buy (add'l) | 06/12/13 | J | | |
| 38. CSX Corporation | A | Int./Div. | J | T | | | | | |
| 39. Diageo Plc New GB Spon ADR | A | Int./Div. | J | T | Buy (add'l) | 06/12/13 | J | | |
| 40. | | | | | Buy (add'l) | 06/13/13 | J | | |
| 41. Intel Corp | A | Int./Div. | J | T | | | | | |
| 42. Johnson & Johnson Com | A | Int./Div. | J | T | | | | | |
| 43. Medtronic | A | Int./Div. | J | T | | | | | |
| 44. Occidental Petroleum CRP | A | Int./Div. | J | T | | | | | |
| 45. Unilever PLC Amer Shs New Spon | A | Int./Div. | J | T | Buy (add'l) | 06/12/13 | J | | |
| 46. | | | | | Buy (add'l) | 06/13/13 | J | | |
| 47. United Parcel Service Inc CL B | A | Int./Div. | J | T | | | | | |
| 48. Ishares Trust DJ US Real State - (IYR) | A | Int./Div. | K | T | | | | | |
| 49. Vanguard Index funds Mid-cap Growth (VOT) | A | Int./Div. | L | T | | | | | |
| 50. Vanguard Index Funds Mid-Cap Value (VOE) | A | Int./Div. | L | T | | | | | |
| 51. Vanguard MSCI Emerging Markets (VWO) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Mary E. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Scottsdale (VONG) | A | Int./Div. | M | T | | | | | |
| 53. Matthews Intl Pacific Tiger Fund (MAPTX) | A | Int./Div. | K | T | | | | | |
| 54. Vanguard Tax-Managed Sm Cap Fund (VTMSX) | A | Int./Div. | K | T | | | | | |
| 55. Greenspring Fd Inc (GRSPX) | A | Int./Div. | J | T | | | | | |
| 56. Vangaurd Scottsdale (VTWV) | A | Int./Div. | K | T | Buy (add'l) | 03/19/13 | J | | |
| 57. Vanguard Scottsdale (VTWG) | A | Int./Div. | K | T | Buy (add'l) | 03/19/13 | J | | |
| 58. Vangaurd MSCI ETF (VEA) | A | Int./Div. | L | T | | | | | |
| 59. Powershares DB Commodity Index (DBC) | A | Int./Div. | K | T | | | | | |
| 60. Vanguard Primecap Core | A | Int./Div. | K | T | | | | | |
| 61. T Rowe Price Intl Fds (TROSX) | A | Int./Div. | J | T | Buy | 05/31/13 | J | | |
| 62. Oakmark Intl Fund Class I (OAKIX) | A | Int./Div. | J | T | Buy | 02/27/13 | J | | |
| 63. Wells Fargo Premier Lg Co Gr (EKJCX) | A | Int./Div. | J | T | Buy | 02/27/13 | J | | |
| 64. Vanguard total Stock Mkt Inx (VTSMX) | A | Int./Div. | J | T | | | | | |
| 65. UBS Deposit account | | None | J | T | Open | 01/15/13 | J | | |
| 66. Mass. Mutual Variable Life Policy- Oppenheimer Cap Appr | A | Int./Div. | J | T | | | | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Mary E. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Mary E. | 05/05/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, Line 53 - This asset was inadvertently listed as sold in line 37 of the 2012 disclosure

2. Part VII, Line 54 - This asset was inadvertently listed as sold in line 41 of the 2012 disclosure

3. Part VII, Line 55 - This asset was inadvertently listed as sold in line 33 of the 2012 disclosure

4. Part VII, Line 64 - The asset in line 11 was merged with line 64, and previously reported on line 14 of 2012 disclosure

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary E. Phillips**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544